

**UNITED STATES
SECURITIES AND EXCHANGE
COMMISSION**
100 F. Street, NE
Washington, DC 20549

**DIVISION OF ENFORCEMENT**

Damon Taaffe
Trial Counsel
(202) 551-7420
taaffed@sec.gov

March 9, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 3/10/2026

**Via ECF**

Honorable Colleen McMahon
United States District Judge, Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *SEC v. DiMatteo, et al.*, No. 1:26-cv-603 (CK)

Dear Judge McMahon,

Plaintiff Securities and Exchange Commission ("Commission") and Lottery.com ("Lottery") (collectively "the Parties") respectfully submit this joint letter motion to request that the Court stay Lottery's response to the complaint to accommodate their ongoing settlement discussions.

On January 22, 2026, the Commission filed its complaint against Lottery and four co-defendants, alleging violations of multiple securities laws. Shortly thereafter, the Parties began actively conferring about a potential settlement, and they believe that they are making progress toward resolution.

To permit the Parties to continue their settlement discussions and conserve resources, the Parties jointly request a stay of Lottery's response to the complaint in this matter. They propose that they file joint status reports every 90 days, beginning on June 8, 2026, to update the Court on their progress toward settlement. Should they reach an agreement or conclude that they will be unable to do so, the parties will promptly alert the Court.

Sincerely,

Damon W. Taaffe
Trial Counsel

3/9/2026
your proposal
is acceptable
to me

cc:  All counsel (via ECF)