

**UNITED STATES**
**SECURITIES AND EXCHANGE**
**COMMISSION**
100 F. Street, NE
Washington, DC 20549

**DIVISION OF ENFORCEMENT**

Damon Taaffe
Trial Counsel
(202) 551-7420
taaffed@sec.gov

March 10, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/16/2026

**Via ECF**

Honorable Colleen McMahon
United States District Judge, Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re: *SEC v. DiMatteo, et al.*, No. 1:26-cv-603 (CK)

Dear Judge McMahon,

    Plaintiff Securities and Exchange Commission ("Commission") and Defendant Vadim
Komissarov ("Komissarov") (collectively "the Parties") respectfully submit this joint letter
motion to request that the Court stay Komissarov's response to the complaint until sentencing
occurs in his parallel criminal case, and to permit ongoing settlement discussions in this related
civil matter.

    On January 22, 2026, the Commission filed its complaint against Komissarov and four
co-defendants, alleging violations of multiple securities laws. Shortly thereafter, on February 3,
2026, Komissarov pled guilty to criminal charges involving substantially the same acts at issue
in this civil case. *See United States v. Vadim Komissarov*, a/k/a "Vlad," 25 Cr. 61 (AKH)
(S.D.N.Y. Feb. 3, 2026). Sentencing in that criminal case is currently scheduled for June 24,
2026.

    The Parties believe that the outcome of the criminal case is likely to allow them to reach
settlement on liability, and perhaps also on remedies, in this civil matter, but the terms of a final
settlement would depend on the outcome of Komissarov's sentencing. To permit the Parties to
explore settlement and conserve resources, the Parties jointly request a stay of Komissarov's
response to the complaint in this matter until a reasonable time after his criminal sentencing.
They propose that they file joint status reports every 90 days, beginning on June 8, 2026, to
update the Court on the status of the criminal case and their progress toward settlement.

Sincerely,

Damon W. Taaffe
Trial Counsel

cc: All counsel (via ECF)