**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, Plaintiff, v. LAWRENCE ANTHONY DIMATTEO, ET AL., Defendants. | Case No. 1:26-cv-603 Judge Colleen McMahon |

**DEFENDANT LAWRENCE ANTHONY DIMATTEO'S MOTION TO DISMISS**
**THE SECURITIES AND EXCHANGE COMMISSION'S COMPLAINT**

PLEASE TAKE NOTICE that Defendant Anthony DiMatteo hereby respectfully moves this Court, through the undersigned counsel, before the Honorable Colleen McMahon, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, on a date and time designated by the Court, for an order dismissing Plaintiff Securities and Exchange Commission's Complaint (ECF 1) against him, with prejudice, pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) because the Complaint fails to state a claim upon which relief can be granted. This Motion is supported by the accompanying Memorandum of Law, dated May 8, 2026.

/s/ *Tara N. Tighe*
Danny C. Onorato (*pro hac vice*)
Stuart A. Sears (*pro hac vice*)
Tara N. Tighe (*pro hac vice*)
Schertler Onorato Mead Sears & Manning
555 13th Street NW | Suite 500 West
Washington, DC 20004
donorato@schertlerlaw.com
ssears@schertlerlaw.com
ttighe@schertlerlaw.com
Phone: (202) 628-4199
Fax: (202) 628-4177

*Counsel for Defendant Lawrence Anthony DiMatteo*

1

## **CERTIFICATE OF SERVICE**

I, the undersigned, certify as follows:

I am not a party to the above case, and I am over 18 years old.

On May 8, 2026, I filed the foregoing document with the Clerk of this Court using the Court's CM/ECF electronic filing system, which will serve automatic electronic notice of this filing to all counsel of record in this case.

I affirm under penalty of perjury that the foregoing is true and correct.

/s/ *Tara N. Tighe*
Tara N. Tighe