

**UNITED STATES**

**SECURITIES AND EXCHANGE COMMISSION**

WASHINGTON, D.C. 20549

**DIVISION OF
ENFORCEMENT**

July 16, 2026

**<u>Via ECF</u>**

Honorable Colleen McMahon
United States District Judge, Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *SEC v. DiMatteo, et al.,* No. 1:26-cv-603 (CM)

Dear Judge McMahon,

Plaintiff Securities and Exchange Commission ("SEC") respectfully submits this status report updating Your Honor on the parties' progress toward resolving the SEC's claims against Lottery.com, Inc. ("Lottery"). Counsel for Lottery have consented to this filing.

The SEC commenced this action on January 22, 2026. On March 10, 2026, the parties believed they were making progress toward a potential resolution, and Your Honor stayed the SEC's case as to Lottery (ECF No.18), which has yet to file an answer or otherwise respond to the SEC's complaint. Through early April 2026, the SEC and Lottery had additional settlement-related communications and the SEC requested certain documents from Lottery, in order to evaluate Lottery's request for certain financial terms. As stated in our last status report, Lottery had not provided the SEC with the requested documents prior to the filing of that report on June 11, 2026 (ECF No. 39).

Since June 11, the SEC and Lottery, through counsel, have had multiple communications concerning the requested documents. Lottery's counsel explained that the Lottery executive principally in charge of responding to the SEC's request for information and documents suffered the death of his spouse on June 4, 2026, after she became terminally ill in March, 2026. This not only caused a delay in getting the documents to the SEC, but also caused a delay in the company completing and filing its most-recent Form 10-K, which contains audited financials that are potentially relevant to settlement discussions.

At present, SEC counsel still has not received the expected documents from Lottery, which remains an obstacle to settlement. However, the company filed its Form 10-K on July 10, 2026. Further, Lottery's counsel has been in active contact with SEC counsel, and has represented that he has now received relevant documents and information from the company and is in the process

of reviewing them prior to production. Lottery's counsel have informed the SEC that they expect to be able to provide the documents to SEC counsel by no later than August 3, 2026.

Your Honor's June 16, 2026 Order (ECF No. 40) expresses a desire to lift the stay and set a deadline for Lottery to respond to the Complaint, "if there has been no meaningful progress" by the date of today's status report. However, given the circumstances that led to Lottery's delays, and the fact that Lottery has now filed its Form 10-K and provided documents to its counsel for review and production, the SEC is amenable to another 30-day extension of the stay. If acceptable to this Court, the SEC and Lottery propose filing a joint status report in 30 days, explaining the progress of their settlement negotiations. If the SEC and Lottery are able to come to a resolution before then, we will inform the Court.

Respectfully submitted,

___/s/Suzanne J. Romajas_____
Suzanne J. Romajas
Securities and Exchange Commission
100 F Street NE
Washington, DC 20549
Tel: 202-551-4473
Email: RomajasS@sec.gov

Attorney for Plaintiff

Cc:    Jonathan Uretsky (by email at uresky@pullp.com)
       Ada Adelstein (by email at adelstein@pullp.com)
       Amar Ali (by email at amar@amarali.law)
       Randall Lanham (by email at lanhamlaw@outlook.com)
       All counsel of record (by ECF)

2