UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

DIVISION OF
ENFORCEMENT

August 17, 2026

**Via ECF**

Honorable Colleen McMahon
United States District Judge, Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *SEC v. DiMatteo, et al.,* No. 1:26-cv-603 (CM)

Dear Judge McMahon,

Plaintiff Securities and Exchange Commission ("SEC") respectfully submits this status report to inform Your Honor that the parties have made no progress toward resolving the SEC's claims against Lottery.com, Inc. ("Lottery"). The SEC therefore requests that Your Honor lift the stay as to Lottery and set a deadline for it to answer or otherwise respond to the SEC's complaint.

The SEC commenced this action on January 22, 2026. On March 10, 2026, the parties believed they were making progress toward a potential resolution, and Your Honor stayed the SEC's case as to Lottery (ECF No.18), which has yet to file an answer or otherwise respond to the SEC's complaint. Through early April 2026, the SEC and Lottery had additional settlement-related communications and the SEC requested certain documents from Lottery, in order to evaluate Lottery's request for certain financial settlement terms. (ECF No. 39). As of today, Lottery has produced none of the requested documents, despite its counsel's repeated assurances that documents would be forthcoming, and expectation that the company was back on track to produce documents by no later than August 3, 2026. (ECF No. 41). Lottery's counsel – which has yet to enter an appearance in this litigation – did not reach out to SEC counsel to explain the company's post-August 3 delays or provide a new expected deadline. There cannot be a settlement without the requested documents or without communication from Lottery's counsel. Further, at this point, Lottery's explanations are causing unnecessary delay; the SEC and Lottery can continue to discuss settlement should Lottery ultimately produce the documents, even if the stay is lifted.

For the foregoing reasons, the SEC respectfully asks this Court to lift the stay as to Lottery and to set a deadline convenient to the Court for Lottery to answer or otherwise respond to the SEC's complaint. This would not interfere with any other current deadlines in the case, as Defendant DiMatteo's motion to dismiss remains pending; and Defendants Komissarov, Clemenson, and

Dickinson have each pleaded guilty in their respective parallel criminal cases and SEC counsel expects to engage in settlement discussions that would resolve the case as to each of them after each is sentenced and final judgment has been entered in the criminal cases.

Respectfully submitted,

*/s/ Suzanne J. Romajas*

Suzanne J. Romajas
Securities and Exchange Commission
100 F Street NE
Washington, DC 20549
Tel: 202-551-4473
Email: RomajasS@sec.gov

Attorney for Plaintiff

Cc: Jonathan Uretsky (by email at uresky@pullp.com)
Ada Adelstein (by email at adelstein@pullp.com)
Amar Ali (by email at amar@amarali.law)
Randall Lanham (by email at lanhamlaw@outlook.com)
All counsel of record (by ECF)